Eric Blumenfeld (EKB-5425)
HUGHES HUBBARD & REED LLP
A New York Limited Liability Partnership
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3918
Telephone: (201) 536-9220
Telecopy: (201) 536-0799

*Attorneys for Defendant Deloitte & Touche LLP*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| PALLADIN PARTNERS I, L.P., PALLADIN OVERSEAS FUND, LTD., PALLADIN MULTI-STRATEGY PARTNERS, L.P., CHEYENNE, L.L.C., PALLADIN OPPORTUNITY FUND, L.L.C., PALLADIN OVERSEAS MULTI-STRATEGY FUND, LTD., <br><br> Plaintiffs, <br><br> v. <br><br> ISAAC J. GAON, RAYMOND R. KOCH, WILLIAM J. ADAMS, DAVID M. MILCH, ROBERT H. FRIEDMAN, WALTER GROSSMAN, MARK BERENBLUT, OLIVER MAGGARD, DELOITTE & TOUCHE LLP, <br><br> Defendants. | Index No.: 05 CV 3305 (WJM) (RJH) |

### ORDER ADJOURNING INITIAL SCHEDULING CONFERENCE

This matter having been opened to the Court by Defendant Deloitte & Touche LLP, by and through its attorneys, Hughes Hubbard & Reed LLP, upon the consent of counsel for all parties; and it appearing that all parties have agreed to participate in a J.A.M.S. mediation and that said mediation is presently scheduled for December 8, 2006; and for good cause shown;

IT IS on this _15TH_ day of November, 2006, ORDERED that:

1    The initial scheduling conference in this action is hereby adjourned from November 27, 2006 to January 8, 2007 at 2:45 p.m.; and

NY 1105255_1.DOC

2. the deadlines set forth in the Court's October 2, 2006 Case Management Order are likewise adjourned to be compatible with the new date of the initial scheduling conference.

s/Ronald J. Hedges
───────────────────────────
Hon. Ronald J. Hedges, U.S.M.J.