Jonathan W. Wolfe (JW-7070)
Skoloff & Wolfe, P.C.
293 Eisenhower Parkway
Livingston, NJ 07039
(973) 992-0900
*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| PALLADIN PARTNERS I, L.P., PALLADIN OVERSEAS FUND, LTD., PALLADIN MULTI-STRATEGY PARTNERS, L.P., CHEYENNE, L.L.C., PALLADIN OPPORTUNITY FUND, L.L.C., PALLADIN OVERSEAS MULTI-STRATEGY FUND, LTD.,<br><br>Plaintiffs,<br><br>-against-<br><br>ISAAC J. GAON, RAYMOND R. KOCH, WILLIAM J. ADAMS, DAVID M. MILCH, ROBERT H. FRIEDMAN, WALTER GROSSMAN, MARK BERENBLUT, OLIVER MAGGARD, DELOITTE & TOUCHE LLP<br><br>Defendants. | Case No. 05-3305 (WJM) |

## NOTICE OF DISMISSAL PURSUANT TO FRCP 41(a)(1)

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 41(a)(1) Plaintiffs Palladin Partners I, L.P., Palladin Overseas Fund, Ltd., Palladin Multi-Strategy Partners, L.P., Cheyenne, L.L.C., Palladin Opportunity Fund, L.L.C., and Palladin Overseas Multi-Strategy Fund, Ltd. (collectively, "Plaintiffs") hereby dismiss with prejudice all claims brought by Plaintiffs against

Deloitte & Touche LLP in the above-captioned matter. The parties shall each bear their own costs and expenses.

Dated: Livingston, NJ
       March 7, 2007

SKOLOFF & WOLFE, P.C.

_____
Jonathan W. Wolfe (JW-7070)
293 Eisenhower Parkway
Livingston, NJ 07039
(973) 992-0900

*Attorneys for Plaintiffs*

IT IS on this _9th_ day of March 2007,

    ORDERED that this action is dismissed against Defendant Deloitte & Touche LLP with prejudice and without costs.

_____
UNITED STATES DISTRICT JUDGE

2