|  |  |  |
|---|---|---|
| **PALLADIN PARTNERS, et al.,** | : | UNITED STATES DISTRICT COURT |
|  | : | DISTRICT OF NEW JERSEY |
| **Plaintiff(s),** | : |  |
|  | : | Hon. William J. Martini |
| -vs- | : | Civil Action No. 05-3305 (WJM) |
|  | : |  |
|  | : |  |
| **RAYMOND R. KOCH, et al.,** | : | <u>ORDER SCHEDULING CONFERENCE</u> |
|  | : |  |
| **Defendant(s).** | : |  |

**IT IS** on this 15th day of March, 2007

**ORDERED** that there shall be a status/settlement conference before the undersigned on **Wednesday, April 18, 2007** at **3:30 p.m.** at the U.S. Post Office and Courthouse, 1 Federal Square, Fourth Floor, Room 457, Newark, New Jersey.

        **S/Mark Falk**
        **MARK FALK**
        **United States Magistrate Judge**

Orig.: Clerk of the Court
cc: Hon. William J. Martini, U.S.D.J.
      All Parties
      File