Jonathan W. Wolfe (JW-7070)
Skoloff & Wolfe, P.C.
293 Eisenhower Parkway
Livingston, NJ 07039
(973) 992-0900
*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
ECF CASE

| | |
|---|---|
| PALLADIN PARTNERS I, L.P., PALLADIN OVERSEAS FUND, LTD., PALLADIN MULTI-STRATEGY PARTNERS, L.P., CHEYENNE, L.L.C., PALLADIN OPPORTUNITY FUND, L.L.C., PALLADIN OVERSEAS MULTI-STRATEGY FUND, LTD., | Case No. 05-3305 (WJM) |

Plaintiffs,

-against-

ISAAC J. GAON, RAYMOND R. KOCH, WILLIAM J. ADAMS, DAVID M. MILCH, ROBERT H. FRIEDMAN, WALTER GROSSMAN, MARK BERENBLUT, OLIVER MAGGARD, DELOITTE & TOUCHE LLP

Defendants.

## <u>NOTICE OF DISMISSAL PURSUANT TO FRCP 41(a)(1)</u>

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 41(a)(1) Plaintiffs Palladin

Partners I, L.P., Palladin Overseas Fund, Ltd., Palladin Multi-Strategy Partners, L.P., Cheyenne,

L.L.C., Palladin Opportunity Fund, L.L.C., and Palladin Overseas Multi-Strategy Fund, Ltd.

(collectively, "Plaintiffs") hereby dismiss with prejudice all claims brought by Plaintiffs against

Oliver Maggard, William J. Adams, Robert H. Friedman, David Milch, Walter Grossman and

Mark Berenblut in the above-captioned matter.  The parties shall each bear their own costs and

expenses.

Dated: Livingston, NJ
      March 30, 2007

                                **SKOLOFF & WOLFE, P.C.**

                               **_/s/ Jonathan W. Wolfe_**
                               Jonathan W. Wolfe (JW-7070)
                               293 Eisenhower Parkway
                               Livingston, NJ  07039
                               (973) 992-0900

                               *Attorneys for Plaintiffs*

IT IS on this_____ day of April 2007,

        ORDERED that this action is dismissed against Oliver Maggard, William J.

Adams, Robert H. Friedman, David Milch, Walter Grossman and Mark Berenblutt with

prejudice and without costs.

                               _____
                               UNITED STATES DISTRICT JUDGE