Jonathan W. Wolfe (JW-7070)
Skoloff & Wolfe, P.C.
293 Eisenhower Parkway
Livingston, NJ 07039
(973) 992-0900
*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
ECF CASE

| | |
|---|---|
| PALLADIN PARTNERS I, L.P., PALLADIN OVERSEAS FUND, LTD., PALLADIN MULTI-STRATEGY PARTNERS, L.P., CHEYENNE, L.L.C., PALLADIN OPPORTUNITY FUND, L.L.C., PALLADIN OVERSEAS MULTI-STRATEGY FUND, LTD.,<br><br>       Plaintiffs,<br><br>    -against-<br><br>ISAAC J. GAON, RAYMOND R. KOCH, WILLIAM J. ADAMS, DAVID M. MILCH, ROBERT H. FRIEDMAN, WALTER GROSSMAN, MARK BERENBLUT, OLIVER MAGGARD, DELOITTE & TOUCHE LLP<br><br>       Defendants. | Case No. 05-3305 (WJM) |

## NOTICE OF DISMISSAL PURSUANT TO FRCP 41(a)(1)

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 41(a)(1) Plaintiffs Palladin Partners I, L.P., Palladin Overseas Fund, Ltd., Palladin Multi-Strategy Partners, L.P., Cheyenne, L.L.C., Palladin Opportunity Fund, L.L.C., and Palladin Overseas Multi-Strategy Fund, Ltd. (collectively, "Plaintiffs") hereby dismiss with prejudice all claims brought by Plaintiffs against

Raymond Koch in the above-captioned matter.  The parties shall each bear their own costs and expenses.

Dated: Livingston, NJ
       May 18, 2007

                              **SKOLOFF & WOLFE, P.C.**

                              **/s/ Jonathan W. Wolfe**
                              Jonathan W. Wolfe (JW-7070)
                              293 Eisenhower Parkway
                              Livingston, NJ  07039
                              (973) 992-0900

                              *Attorneys for Plaintiffs*

IT IS on this_____ day of May 2007,

        ORDERED that this action is dismissed against Raymond Koch with prejudice and without costs.


                              _____
                              UNITED STATES DISTRICT JUDGE