|                                    |   |                                   |
|------------------------------------|---|-----------------------------------|
| **PALLADIN PARTNERS, et al.,**     | : | **UNITED STATES DISTRICT COURT**  |
|                                    | : | **DISTRICT OF NEW JERSEY**        |
| **Plaintiffs,**                    | : |                                   |
|                                    | : | **Hon. William J. Martini**       |
| -vs-                               | : | **Civil Action No. 05-3305 (WJM)** |
|                                    | : |                                   |
| **RAYMOND R. KOCH, et al.,**       | : | <u>**ORDER SCHEDULING CONFERENCE**</u> |
|                                    | : |                                   |
| **Defendants.**                    | : |                                   |

**IT IS** on this 27th day of September, 2007

**ORDERED** that there shall be a status/settlement conference before the undersigned on **Tuesday, October 16, 2007** at **10:30 a.m.** at the U.S. Post Office and Courthouse, 1 Federal Square, Fourth Floor, Room 457, Newark, New Jersey. Parties with full settlement authority are required to be present at the conference. Failure to appear will result in the imposition of sanctions including dismissal of a party's pleading. There will be no adjournments.

                                                **S/Mark Falk**
                                                **MARK FALK**
                                                **United States Magistrate Judge**

Orig.: Clerk of the Court
cc:    Hon. William J. Martini, U.S.D.J.
         All Parties
         File